IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, <br><br> Plaintiffs, <br><br> vs. <br><br> JON RABY, Acting State Director, the BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, Acting Secretary of the Interior; and KEITH JOHNSON, Acting Field Manager, BLM's Dillion Field Office, <br><br> Defendants. | CV 18-157-BLG-SPW-TJC <br><br><br> **ORDER** |

This matter is at issue and is exempt the preliminary pretrial conference requirement under Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure and Local Rules 16.2 and 26.1. Accordingly,

IT IS ORDERED that lead trial counsel for the respective parties and any individual proceeding *pro se* shall meet and confer to consider a joint case management plan to be filed with the Court on or before **March 15, 2019**. If the parties are unable to agree on a joint case management plan, they shall each file separate case management plans on or before **March 15, 2019**, noting to which

///

dates they could not agree and the reasons for their disagreement.

DATED this 15th day of February, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge