IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiff,<br><br>vs.<br><br>JON RABY, Acting State Director, the BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, Acting Secretary of the Interior; and KEITH JOHNSON, Acting Field Manager, BLM's Dillion Field Office,<br><br>Defendants. | CV 18-157-BLG-SPW-TJC<br><br>**SCHEDULING ORDER** |

The Court has reviewed the parties' proposed Joint Case Management Plan (Doc. 12) and hereby enters the following order governing the dispositive briefing in this matter:

| | |
|---|---|
| Plaintiff's motion for summary judgment and brief in support (limited to 6,500 words): | **June 21, 2019** |
| Federal Defendants' brief in support of their combined cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment (limited to 6,500 words): | **August 9, 2019** |

Plaintiff's combined brief in response to Federal Defendants' cross-motion for

summary judgment and reply in support
of their motion for summary judgment
(limited to 3,250 words):                    **September 13, 2019**

Federal Defendants' reply in support of
their cross-motion for summary judgment
(limited to 3,250 words):                    **October 18, 2019**

The parties may submit a request to file an oversized brief, but will be required to show good cause why the length limitations in L.R. 7.1(d)(2) are not adequate.

DATED this 18th day of April, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge