IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN J. MEHLHOFF, State Director, the BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, Secretary of the Interior; and CORNELIA HUDSON Field Manager, BLM's Dillion Field Office,<br><br>Defendants. | CV 18-157-BLG-SPW-TJC<br><br>**ORDER** |

FILED
8/28/2019
Clerk, U.S. District Court
District of Montana
Helena Division

The parties have filed a joint motion to extend the deadlines of the summary judgment briefing schedule. (Doc. 26.) Good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Order (Doc. 14) is modified as follows:

Federal Defendants' brief in support of
their combined cross-motion for summary
judgment and response to Plaintiff's motion
for summary judgment, and their response
to Plaintiff's Statement of Undisputed Facts:        **September 23, 2019**

Plaintiff's combined brief in response
to Federal Defendants' cross-motion for
summary judgment and reply in support
of their summary judgment motion, and

| | |
|---|---|
| reply in support of Plaintiff's motion to supplement the record and/or take judicial notice (if necessary): | **October 25, 2019** |
| Federal Defendants' reply in support of their cross-motion for summary judgment: | **November 28, 2019**. |

IT IS ORDERED.

DATED this 28th day of August, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge