IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN J. MEHLHOFF, State Director, the BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR; et al.,<br><br>Defendants. | CV 18-157-BLG-SPW<br><br>FINAL JUDGMENT |

The Court has before it the Stipulation and Joint Motion for Entry of Final Judgment submitted by the parties asking the Court to enter final judgment in accordance with their [Proposed] Final Judgment. (Doc. 44; Doc. 44-1.) Having reviewed the Stipulation and Joint Motion as well as the [Proposed] Final Judgment, and good cause appearing,

**IT IS HEARBY ORDERED**:

1. The Stipulation and Joint Motion for Entry of Final Judgment (Doc. 44) is **APPROVED.**

1

2. **JUDGMENT IS ENTERED** in favor of Plaintiff Native Ecosystems Council on its claim that the challenged Centennial Watershed Decision violates FLPMA, consistent with the Court's April 29, 2020 Order. (Doc. 43.)

3. **JUDGMENT IS ENTERED** in favor of Defendants on the claims in the Amended Complaint relating to the Middle Ruby River Watershed Decision, South Tobacco Root Watershed Decision, and Blacktail Watershed Decision, consistent with the Court's April 29, 2020 Order. (Doc. 43.)

4. The Court also hereby **DISMISSES** any remaining claims. As the parties stipulated, there will be no further proceedings regarding a remedy for the violation found by the Court as to the Centennial Watershed Decision.

All that remains to be litigated in this case is the issue of Attorneys' Fees. The clerk shall notify counsel of this order.

DATED this 19th day of June 2020.

Susan P. Watters
U. S. DISTRICT JUDGE