# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL,<br><br>*Plaintiff*,<br><br>v.<br><br>JOHN J. MEHLHOFF, State Director, the BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR; et al.,<br><br>*Defendants*. | 18-CV-0157-BLG-SPW-TJC<br><br>**ORDER ENTERING JUDGMENT PURSUANT TO RULE 68** |

On June 24, 2020, Plaintiff Native Ecosystems Council moved for costs and reasonable attorney fees incurred in this matter pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. 46). Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Federal Defendants made an Offer of Judgment for attorney fees and costs to Plaintiff on August 19, 2020 (Ex. 1) which was accepted by Plaintiff on August 26, 2020 (Ex. 2).

Having considered these submissions and the record in this case,

**IT IS HEREBY ORDERED** that the Federal Defendants' Motion (Doc. 49) is GRANTED and judgment is entered against Federal Defendants for $70,000.00 as compensation to Plaintiff Native Ecosystems Council for all

1

attorneys' fees and costs incurred by Plaintiff for the district court proceedings in this action.

**IT IS FURTHER ORDERED** that Plaintiff relinquishes all claims under EAJA and all other authorities for any and all attorneys' fees and costs incurred by Plaintiff for the district court proceedings in this action.

DATED this 31st day of August, 2020.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE